IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

WACHOVIA COMMERCIAL MORTGAGE, INC.,

    Plaintiff,

v.                                          CASE NO.: 05-2256

SANDHYA HOTELS, LLC, CHARLES S. MORAIS and
SUNIL MIR,

    Defendants.

## CONSENT ORDER EXTENDING TIME
## WITHIN WHICH TO ANSWER COMPLAINT

Come now the parties, by and through counsel, and by agreement agree that the Defendants, Sandhya Hotels, LLC, Charles S. Morais and Sunil Mir, shall have an additional twenty (20) days within which to answer the Complaint filed against them for breach of contract and enforcement of guaranty agreement filed in this cause.

_____
JUDGE

Date  May 18, 2005

Approved

_____
Roscoe A. Feild, BPR No.: 7822
Attorney at Law
239 Adams Avenue
Memphis, TN 38103
901-525-0257

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-19-05

*/s/ Timothy Patterson*

James R. Newsom, III, (TN Disc. No. 6683)
Timothy D. Patterson (TN Disc. No. 22225)
Harris Shelton Hanover Walsh, PLLC
2700 One Commerce Square
Memphis, TN 38103
901-525-1455

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02256 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

James R. Newsom
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Timothy D. Patterson
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Honorable Samuel Mays
US DISTRICT COURT